UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                           CASE NO.: 16-20809-MAM
REDIGI, INC.                                          Chapter 7

        Debtor.
_____/

### TRUSTEE'S MOTION TO DISMISS CASE

Deborah C. Menotte, Trustee in Bankruptcy for ReDigi, Inc. (the "Trustee"), by and through undersigned counsel, hereby files this Motion to Dismiss Case, and states the following:

1. ReDigi, Inc. (the "Debtor") filed the above-captioned Chapter 11 case on August 3, 2016 (the "Petition Date"). The case converted to a Chapter 7 case on May 24, 2019. Deborah C. Menotte (the "Trustee") has been appointed as the Chapter 7 Trustee.

2. The Trustee has actively undertaken attempts to administer assets in this case, which consists primarily of intellectual property. The Trustee has communicated with all active parties in the case, has sought information from the Debtor, has reached out to every possible source of potential purchasers, and has ultimately determined that it would not be possible to administer the assets of this estate for enough money to even pay what currently appear to be secured creditors, not to mention administrative claimants.

3. By way of example, but not limitation, the law firm of Nutter, McClennen & Fish, LLP ("Nutter") has filed a secured proof of claim (Claim #12-1) asserting that they are secured against the Debtor's intellectual property in the amount of $629,805.40 for unpaid fees, expenses and interest in connection with patent and trademark work. Nutter has taken the position that Mass. Gen. Laws Chapter 221 §50, as well as certain case law, would make them a secured creditor against the Debtor's intellectual property.

4. The law firm of Adelman Matz P.C. has also asserted a secured claim (#13-1) as a retaining lien for legal services in the amount of $102,513.88 provided pursuant to a written

retainer agreement. It is currently not clear whether such secured interest, if valid, would affect the ability to sell the estate's intellectual property. Nonetheless, the Trustee has determined that there is currently no means by which to sell any assets of the Debtor for a sum that would be sufficient to pay all alleged secured creditors in full. Further, even without paying secured creditors, the Trustee would be unable to obtain sufficient funds from liquidating assets to pay all administrative claimants in full. There currently appears to be no possible way by which this estate can be administered so that there is any distribution to unsecured creditors.

5. At this time, the Trustee is of the position that cause exists to dismiss this case pursuant to 11 U.S.C. §707(a). The Trustee seeks to dismiss this case as dismissal appears to be in the best interest of the bankruptcy estate and creditors. Any and all purported secured creditors will then be free to pursue their collateral.

6. Case law, as well as prior holdings of Judge Kimball in other cases adopting such case law, supports dismissal in cases where a non-individual Debtor has no assets, no viable claims or causes of action, and no other money-making prospects. In such cases, Chapter 7 bankruptcy cannot serve even the limited function of allowing an entity breathing space to marshal assets for orderly distribution to creditors. Judge Kimball initially cited to the case of *In re Cypress Financial Trading Company, L.P.*, 620 Fed.Appx 287 (5th Cir. 2015) in a matter being handled by the Trustee's undersigned counsel as his authority for dismissing a corporate Chapter 7 case where there was no feasible possibility of paying out money to creditors. There appears to be no reason not to apply such a legal standard in the instant case. Accordingly, this case currently appears to be an administratively insolvent estate.

7. For the reasons stated herein, the Trustee requests that pursuant to 11 U.S.C. §707 the Court find that cause exists to dismiss this case.

WHEREFORE, Deborah C. Menotte, Trustee in Bankruptcy for ReDigi, Inc., respectfully requests after notice and hearing that the Court find that there is cause as broadly

40911442

defined within to 11 U.S.C. §707 to dismiss this case, plus that the Court grant such other and further relief as it deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties listed below in the manner indicated on this 7th day of August 2019.

GREENSPOON MARDER, LLP

_____
MICHAEL R. BAKST, ESQ.
Florida Bar No. 866377
Attorney for Trustee
525 Okeechobee Blvd., Suite 1570
West Palm Beach, FL 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423
Email: michael.bakst@gmlaw.com

**Electronic Mail Notice List**

- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Terence G Banich    tbanich@foxrothschild.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Mariaelena Gayo-Guitian    mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com;gjbecf@ecf.courtdrive.com
- Michael A Kaufman    michael@mkaufmanpa.com, kaufmanesq@gmail.com;kaufmanmr75578@notify.bestcase.com
- Craig I Kelley    craig@kelleylawoffice.com, dana@kelleylawoffice.com,tina@kelleylawoffice.com,cassandra@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- Deborah Menotte    menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;mvega@slp.law
- Heather L. Ries    hries@foxrothschild.com, ralbert@foxrothschild.com

40911442

- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;mvega@slp.law
- Max J Smith    msmith@slp.law, dwoodall@slp.law;dlocascio@slp.law;mvega@slp.law
- Charles R Sterbach    Charles.r.sterbach@usdoj.gov

**Manual Notice List**

Terence Banich
321 N Clark St Ste. 800
Chicago, IL 60654

Vincent Filardo, Jr.
2 Park Ave 20 Fl
New York, NY 10016

Brian Lipkin
603 Stanwix Street
6th Floor
Pittsburgh, PA 15222

C. Dennis Loomis
11601 Wilshire Blvd
Suite 1400
Los Angeles, CA 90025

Sarah Matz
1173A Second Avenue #153
New York, NY 10065

Mark Nair
102 NE 2nd Street, #261
Boca Raton, FL 33432

Brian E Schrader
39 Broadway Ave., 26 Floor
New York, NY 10006

Barry A Schwartz
39 Broadway Ave., 26th Floor
New York, NY 10006

**All creditors on the Court's mailing matrix, a copy attached hereto**

40911442

```
Label Matrix for local noticing      Capitol Christian Music Group, Inc.    Capitol Records, LLC
113C-9                                c/o Terence G. Banich                  c/o Terence G. Banich
Case 16-20809-MAM                     Shaw Fishman Glantz & Towbin LLC       Shaw Fishman Glantz & Towbin LLC
Southern District of Florida          321 N. Clark St.                       321 N. Clark St.
West Palm Beach                       Ste. 800                               Ste. 800
Tue Jul  2 13:15:25 EDT 2019          Chicago, IL 60654-4766                 Chicago, IL 60654-4766

Kelley and Fulton P.L.                Mishcon de Reya New York LLP           Nutter McClennen & Fish, LLP
1665 Palm Beach Lakes Blvd            c/o Vincent Filardo, Jr.               c/o Mariaelena Gayo-Guitian
The Forum Suite 1000                  2 Park Ave., 20th Floor                200 E. Broward Blvd #1110
West Palm Beach, FL 33401-2121        New York, NY 10016-9301                Ft Lauderdale, FL 33301-3535


ReDigi Inc.                           Virgin Records IR Holdings, Inc.       Adelman Matz P.C.
102 NE 2 Street, #261                 c/o Terence G. Banich                  1173A Second Avenue, Suite 153
Boca Raton, FL 33432-3908             Shaw Fishman Glantz & Towbin LLC       New York, NY 10065-8277
                                      321 N. Clark St.
                                      Ste. 800
                                      Chicago, IL 60654-4766

Business Intelligence Associates      COWAN, LIEBOWITZ & LATMAN, P.C.        Capitol Christian Music Group, Inc.
39 Braodway, 26 Floor                 c/o Richard S. Mandel, Esq.            c/o Darren J. Schmidt
New York, NY 10006                    1133 Avenue of the Americas            1755 Broadway
                                      New York, NY 10036-6799                New York, NY 10019-3798


Capitol Records                       Capitol Records / Universal Music Group   DLA Piper
c/o Darren J. Schmidt                 2220 Colorado Avenue                   33 Arch Street, 26 Floor
1755 Broadway                         Santa Monica, CA 90404-3506            Boston, MA 02110-1441
New York, NY 10019-3793


Davis Shapiro                         Drakes Bay Company LLC                 Hausfeld LLP
150 South Rodeo Drive                 65 Ardmore Road                        1700 K Street, NW
Suite 200                             Larkspur, CA 94939-2122                Suite 650
Beverly Hills, CA 90212-2440                                                 Washington, DC 20006-3826


Internal Revenue Service              John Ossenmacher                       Lawrence Rogel
Centralized Insolvency Operation      102 NE 2 Street, #261                  115 Steadman Street
P.O. Box 7346                         Boca Raton, FL 33432-3908              Brookline, MA 02446-6070
Philadelphia, PA 19101-7346


MEISTER SEELIG & FEIN LLP             Miscon de Reya LLP                     Nutter McLennan & Fish
2 Grand Central Tower                 2 Park Avenue                          155 Seaport Boulevard
140 East 45th Street, 19th Floor      New York, NY 10016-5675                Boston, MA 02210-2604
New York, NY 10017-3144


Nutter, McClennen & Fish, LLP         Office of the US Trustee               Ray Beckerman, P.C.
Seaport West                          51 S.W. 1st Ave.                       108-18 Queens Blvd., 4th Floor
155 Seaport Blvd                      Suite 1204                             Forest Hills, NY 11375-4750
Boston, MA 02210-2604                 Miami, FL 33130-1614


Rose, Chinitz & Rose                  SESAC                                  STA International
One Beacon Street, 23 Floor           55 Music Square E.                     1400 Old Country Road Suite 411
Boston, MA 02108-3106                 Nashville, TN 37203-4324               Westbury, NY 11590-5119
```

| | | |
|---|---|---|
| Steve Binder vs. Intellisys<br>C/o John Davis, Esq.,<br>350 Park Street Park Place<br>South Ste. 105,<br>North Reading, MA 01864 | Steven G. Binder<br>Law Office of Michael A. Kaufman, P.A.<br>1615 Forum Place<br>Suite 3-A<br>West Palm Beach, FL 33401-2316 | Virgin Records IR Holdings, Inc.<br>c/o Darren J. Schmidt<br>1755 Broadway<br>New York, NY 10019-3743 |
| Adelman Matz<br>c/o Sarah M Matz<br>1173A Second Ave., Suite 153<br>New York, NY 10065-8277 | Barry A Schwartz<br>39 Broadway Ave., 26th Floor<br>New York, NY 10006-3055 | Bradley S. Shraiberg<br>Shraiberg, Landau & Page, P.A.<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431-8530 |
| Brian Lipkin<br>603 Stanwix Street<br>6th Floor<br>Pittsburgh, PA 15222-1425 | Brian E Schrader<br>39 Broadway Ave., 26 Floor<br>New York, NY 10006-3055 | C. Dennis Loomis<br>11601 Wilshire Blvd<br>Suite 1400<br>Los Angeles, CA 90025-0509 |
| Deborah Menotte<br>POB 211087<br>West Palm Beach, FL 33421-1087 | John Mark Ossenmacher<br>102 NE 2 Street, #261<br>Boca Raton, FL 33432-3908 | Mark Nair<br>102 NE 2nd Street, #261<br>Boca Raton, FL 33432-3908 |
| Michael D. Seese Esq.<br>Seese, P.A.<br>101 NE 3rd Avenue, Suite 1270<br>Fort Lauderdale, FL 33301-1111 | Steve Binder<br>c/o Michael A. Kaufman, Esq.<br>Law Office of Michael A. Kaufman, P.A.<br>1615 Forum Pl., Suite 3A<br>West Palm Beach, FL 33401-2316 | Terence Banich<br>321 N Clark St Ste. 800<br>Chicago, IL 60654-4766 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Blick Rothenberg LLP<br>Chartered Accountants<br>16 Great Queen Street<br>Convent Garden<br>London WC2B 5AH | (u)Capitol Records, LLC, Capitol Christian Mu |
| (u)Trident Trust Company (Guernsey) LTD<br>STA International<br>3rd Floor Coleman House<br>King Street, Maidstone<br>Kent, ME 14 1DN | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     4<br>Total                  48 | |